KNICKERBOCKER TRUST COMPANY, as Trustee, Respondent, *v.*
ONEONTA, COOPERSTOWN AND RICHFIELD SPRINGS RAILWAY
COMPANY, Defendant, and EDGAR P. HOLDRIDGE, Appellant,
Impleaded with Others.

*Knickerbocker Trust Co.* v. *Oneonta, C. & R. S. Ry. Co.*, 111 App. Div.
812, appeal dismissed.
(Submitted October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 7, 1906, which affirmed an order of Special Term granting a motion for leave to intervene in the above-entitled proceeding.

The motion was made on the grounds that the order appealed from was not a final order in a special proceeding,

but was discretionary, and the Court of Appeals had, therefore, no jurisdiction to entertain the appeal.

*Charles E. Hotchkiss* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.